UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| PUBLIC UTILITY DISTRICT NO 2 of Grant County Washington, a municipal corporation,<br><br>        Plaintiff,<br><br>v.<br><br>BENTON RURAL ELECTRIC ASSOCIATION, a Washington corporation; and POWERTELNET COMMUNICATIONS INC, a Washington corporation, et al<br><br>        Defendants. | NO. CV-04-00163-AAM<br><br>ORDER OF DISMISSAL |

THIS MATTER having come before the above-referenced Court upon the stipulation of Public Utility District No. 2 of Grant County ("District"), Benton Rural Electric Association and PowerTelNet Communications, Inc. ("BREA/PTN") that all claims asserted by the District against BREA/PTN and all counterclaims asserted by BREA/PTN against the District have been settled and resolved and requesting that an Order of Dismissal of all claims between the District and BREA/PTN be entered, the Court having reviewed the files and records herein, and deeming itself fully advised, it is hereby

ORDER OF DISMISSAL

1  ORDERED, ADJUDGED AND DECREED that the District's Complaint
2  against BREA/PTN and BREA's counter-claims against the District are hereby
3  dismissed, with prejudice, and without cost to either party.

5  DATED this 29th day of July, 2005.

8          s/ Alan A. McDonald
   ALAN A. McDONALD
9  SENIOR UNITED STATES DISTRICT JUDGE

28 ORDER OF DISMISSAL